IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS JACOBS,

    Plaintiff,

v.                                        Case No. 20-cv-981-bbc

MARATHON COUNTY CLERK OF
COURT AND STATE PUBLIC
DEFENDERS' OFFICE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 11/9/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |